IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WASTE CORPORATION OF ARKANSAS, INC.             PLAINTIFF

v.             3:04CV402 JLH

COLUMBIA FOREST PRODUCTS CORPORATION             DEFENDANT

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

On this 22nd day of November, 2005, it is represented to the Court by counsel for plaintiff Waste Corporation of Arkansas, Inc., and defendant Columbia Forest Products Corporation, that the above cause has been compromised and settled and the same should be dismissed with prejudice.

IT IS, THEREFORE, BY THE COURT CONSIDERED, ORDERED AND ADJUDGED that the above styled cause be, and the same hereby is, dismissed with prejudice with each party to bear its own costs and attorneys' fees.

*/s/ J. Leon Holmes*
United States District Judge

APPROVED:

By   /s/ Cotten Cunningham
    Attorney for Plaintiff, Cotten Cunningham

By   /s/ Mark Mayfield
    Attorney for Defendant, Mark Mayfield